IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 14-04025-01-CR-C-BCW |
| JON PATRICK WASHINGTON, | ) ) ) |
| Defendant. | ) |

**ORDER**

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation (Doc. #60) denying Defendant's Motion to Dismiss Indictment (Doc. #34). Defendant filed objections to the Report and Recommendation (Doc. #62). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order, and denies Defendant's Motion to to Dismiss Indictment.

IT IS SO ORDERED.

DATED: April 7, 2016       /s/ Brian C. Wimes
                          JUDGE BRIAN C. WIMES
                          UNITED STATES DISTRICT COURT