IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION
CRIMINAL MINUTES - **SENTENCING**

United States of America

       vs                         Case Number:
                                        14-04025-01-CR-C-BCW

Jon Patrick Washington

Recorder/CRD: Denise Halasey/C. James
Date: July 26, 2016

Honorable Brian C. Wimes presiding at Jefferson City, Missouri

Time: 2:21 – 2:34
**Dft plead to Count 2s of the indictment on January 28, 2016 and the plea is accepted this date.**

**APPEARANCES**        Plaintiff: Mike Oliver
                                   Defendant: Troy Stabenow
                                     Probation: Jaime Drummond

- x_ Defendant appears in person and by counsel.
- x No legal cause found to delay.
- x_ PSI report received and reviewed by all parties.
- x_ No Additions/Corrections made
- x Statement made by family member of the victim
- x_ Allocution accorded.
- x_ Dft sentenced to 60 months on Count 2S
- x_ Special assessment of $100.
- x__ No Restitution
- x__ Fine waived
- _x_ Court orders defendant to term of 3 years of Supervised Release on count 2S.
- x__ Special Conditions of Supervised Release : 1. Participate in substance abuse counseling program; 2. Participate in mental health counseling program; 3. Submit to searches; 4. No alcohol; 5. Satisfy warrants/pending charges within first 30 days of Supervised Release.
- x__ Defendant advised of right to appeal.
- x All remaining counts are moved to be dismissed by the Government -
- x The Court recommends 500 hour residential drug treatment program.